UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
AMADO ANGEL, individually and on behalf of
others similarly situated,

            Plaintiff,

           v.

ISABELA'S MEXICAN RESTAURANT, INC.
(DBA ISABELA'S) and ISABELA TAPIA,

           Defendants.
------------------------------------------------------------ X

JUDGMENT
23-cv-02522-CBA-MMH

      On August 11, 2023, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED and ADJUDGED as follows: That the Plaintiff, AMADO ANGEL, has a judgment against ISABELA'S MEXICAN RESTAURANT, INC. (DBA ISABELA'S) and ISABELA TAPIA, jointly and severally, in the amount of Fifteen Thousand Dollars and No Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, NY  
       August 15, 2023

Brenna B. Mahoney  
Clerk of Court

           By:    /s/*Jalitza Poveda*  
                    Deputy Clerk